# DISTRICT COURT OF GUAM

JONG GIL LEE and NAMLEE KIM,

Plaintiffs,

vs.

PACIFIC STAR RESORT & SPA, MARIANAS PROPERTIES LLC, and DOES 1 through 20,

Defendants.

CIVIL CASE NO. 19-00153

**ORDER**

On March 30, 2020, the court ordered the Plaintiffs to file a status report, pursuant to CVLR 26(f)(3), discussing the current status of the non-appearing party.[1]  *See* Order, ECF No. 7.

On April 24, 2020, the Plaintiffs filed a Status Report. *See* ECF No. 9. The Plaintiffs stated that they did not "did not seek to obtain personal service on Defendant Pacific Star Resort & Spa" because Plaintiffs "believe[d] that at all relevant times Defendant Marianas Properties LLC was transacting business under the fictitious name of Pacific Star Resort & Spa[.]" *Id.* at 1-2. The Plaintiffs' basis for their belief that Pacific Star Resort & Spa is a DBA for Defendant Marianas Properties LLC was a letter dated October 18, 2018 to the Treasurer of Guam from Defendant Pacific Star Resort & Spa. *Id.* at 1 and attachment thereto.

///

---

[1] Plaintiff served Defendant Marianas Properties LLC on January 8, 2020. *See* Summons Return, ECF No. 4. On March 30, 2020, Plaintiff filed a Motion for Entry of Default against said defendant. *See* ECF No 6. On March 30, 2020, the Clerk's Office entered default against Defendant Marianas Properties LLC. *See* ECF No. 8.

1   Based on the current status of the case, the court hereby vacates the scheduling conference
2   set for April 30, 2020.
3       IT IS SO ORDERED.



/s/ Michael J. Bordallo
    U.S. Magistrate Judge
**Dated: Apr 24, 2020**