MUN SU PARK, ESQ.
LAW OFFICE OF PARK
388 South Marine Corps Dr. Suite #102
Tamuning, GU 96913
Telephone: (671) 647-1200
Fax:     (671) 646-5384
*Attorney for Plaintiffs Jong Gil Lee and Namlee Kim*

# IN THE UNITED STATES DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| JONG GIL LEE and NAMLEE KIM, | CIVIL CASE NO.: 1:19-cv-00153 |
| Plaintiffs, | |
| vs. | PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT PURSUANT TO RULE 55(b) |
| PACIFIC STAR RESORT & SPA, MARIANAS PROPERTIES LLC, and DOES 1 through 20, | |
| Defendants. | |

Plaintiffs, JONG GIL LEE and NAMLEE KIM, by and through the undersigned counsel, move this court for a judgment by default in this action, and show that the complaint in the above case was filed; the summons and complaint were duly served on the Defendant MARIANAS PROPERTIES LLC. on the 8th day of January, 2020; no answer or other defense has been filed by the Defendant; default was entered in the civil docket in the office of this clerk on the 30th day of March, 2020; no proceedings have been taken by the Defendant since the default was entered; Defendant was not in military service and is not an infant or incompetent. Wherefore, plaintiffs move that this court make and enter a judgment that same as prayer for relief in Complaint.

Respectfully submitted this 15th day of April, 2021.

LAW OFFICE OF PARK

_____/s/_____
MUN SU PARK, Esq.
Attorney for Plaintiffs