# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| JONG GIL LEE, NAMLEE KIM and MUN SU PARK, Administrator of the Estate of Himchan Lee,<br><br>Plaintiffs,<br><br>vs.<br><br>MARIANAS PROPERTIES LLC dba PACIFIC STAR RESORT & SPA, DONGBU INSURANCE COMPANY LTD., and DOES 1 through 20,<br><br>Defendants. | Civil Case No. 1:19-cv-00153<br><br>**CLERK'S JUDGMENT** |

Judgment is hereby entered in accordance with Decision and Order (ECF 63) filed on September 30, 2023.

Dated this 1st day of October, 2023, Hagatna, Guam.

/s/ **Jeanne G. Quinata**
Clerk of Court